FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

BRANDON COOPER,

              Plaintiff,

vs.

COMMISSIONER OF SOCIAL
SECURITY,

              Defendant.

No. 1:16-cv-03046-FVS

ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR EAJA ATTORNEY'S FEES

ECF No. 28, 32

**BEFORE THE COURT** is the Report and Recommendation issued by Magistrate Judge Mary K. Dimke on November 29, 2017, ECF No. 32, recommending Plaintiff's motion for attorney fees pursuant to the EAJA, ECF No. 28, be granted**.**

After review, the Court adopts the Report and Recommendation in its entirety. Accordingly, **IT IS ORDERED:**

1. The Report and Recommendation, **ECF No. 32,** to grant Plaintiff's motion for fees pursuant to the EAJA, **ECF No. 28,** is **ADOPTED in its entirety**.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1      2.     The District Court Executive is directed to enter this Order, forward

2 copies to counsel, and close the file.

3

4      DATED December 19, 2017.

5                               *s/ Fred Van Sickle*

                                 Fred Van Sickle

6                       Senior United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER ADOPTING REPORT AND RECOMMENDATION - 2